UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JOE DANIELS,<br><br>　　　　　　Plaintiff,<br>v.<br>KUZIL RUAN, et al.,<br>　　　　　　Defendants. | Civil No. 05cv922-L (NLS)<br><br>**ORDER DENYING PLAINTIFF'S RENEWED MOTION TO COMPEL DISCOVERY**<br><br>[Doc. No. 99] |

Plaintiff Bobby Joe Daniels, a California state prisoner proceeding *pro se*, has filed a first amended complaint pursuant to 42 U.S.C. § 1983, in which he alleges that various officials at Calipatria State Prison violated his due process rights, his right to freedom of speech, and his right to be free from cruel and unusual punishment [Doc. No. 87]. Before the Court is Plaintiff's Renewed Motion to Compel Discovery [Doc. No. 99] and affidavit in support. Plaintiff alleges that he has sent interrogatories, requests for admissions, and requests for production of documents to Defendants, and none of his requests have been answered. (*Plaintiff's Renewed Motion*, 3.) Plaintiff states in his affidavit in support of his motion that he has requested business records and copies of the prison's "Institutional Operational Procedures." (*Plaintiff's Affidavit* ¶¶ 7, 13.) He argues that this information is relevant to his claims of fraud and deceit by an administrative body of the prison. (*Id*. ¶¶ 13.)

　　Based on the current procedural posture of this case, Plaintiff's motion to compel discovery is premature. Plaintiff's original complaint was dismissed on March 9, 2006 after the District Court granted Defendants' motion for judgment on the pleadings [Doc. No. 69]. Plaintiff was granted leave to

file an amended complaint, however Plaintiff chose instead to appeal the Court's ruling to the Ninth Circuit [Doc. No. 72]. On July 5, 2006, the Ninth Circuit dismissed Plaintiff's appeal for lack of jurisdiction because an order of a district court dismissing a complaint with leave to amend is not appealable [Doc. No. 79]. The District Court subsequently advised Plaintiff that he had until September 11, 2006 to file a first amended complaint [Doc. No. 82]. Plaintiff filed his first amended complaint in compliance with the Court's order [Doc. No. 87]. On September 26, 2006, in lieu of answering, Defendants filed a Motion to Dismiss Plaintiff's first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), which is set for hearing before this Court on October 24, 2006 for purposes of preparation of a Report & Recommendation [Doc. No. 92]. Because the motion may result in the dismissal of a substantial portion of the complaint, the Court has deferred issuing a scheduling order regulating discovery and all other pretrial proceedings in this case until the motion to dismiss is resolved. As such, discovery has not yet commenced in this action. Plaintiff's requests for discovery from Defendants are inappropriate at this juncture, and his request for a court order compelling discovery from Defendants is premature. Accordingly, the Court **DENIES** Plaintiff's Renewed Motion to Compel [Doc. No. 99].

**IT IS SO ORDERED**.

DATED: October 20, 2006

Hon. Nita L. Stormes
U.S. Magistrate Judge