UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JOE DANIELS,<br><br>  Plaintiff,<br>v.<br><br>KUZIL RUAN, et al.,<br><br>  Defendants. | Civil No. 05cv922-L (NLS)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR LEAVE OF COURT TO DEPOSE TWO STAFF WITNESSES**<br><br>[Doc. No. 103] |

Plaintiff Bobby Joe Daniels, a California state prisoner proceeding *pro se*, has filed a first amended complaint pursuant to 42 U.S.C. § 1983, in which he alleges that various officials at Calipatria State Prison violated his due process rights, his right to freedom of speech, and his right to be free from cruel and unusual punishment [Doc. No. 87]. Before the Court is Plaintiff's Request for Leave of Court to Depose Two Staff Witnesses [Doc. No. 103] and affidavit in support. Plaintiff seeks an order of the Court granting him permission to conduct written depositions of two prison staff members whom he believes are witnesses to the events that gave rise to his current civil rights claims. Plaintiff's request is his second attempt to conduct discovery in this case since filing his amended complaint. As the Court advised Plaintiff in its October 20, 2006 Order Denying Plaintiff's Renewed Motion to Compel Discovery [Doc. No. 100], based on the current procedural posture of this case, Plaintiff's attempts to conduct discovery, including this current request, are premature. On September 26, 2006, Defendants filed a Motion to Dismiss Plaintiff's amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), which is currently pending before this Court for purposes of preparation of a Report &

1 Recommendation [Doc. No. 92]. Because the motion may result in the dismissal of a substantial portion
2 of the amended complaint, the Court has deferred issuing a scheduling order regulating discovery and all
3 other pretrial proceedings in this case until the motion to dismiss is resolved. As such, discovery has not
4 yet commenced in this action. Plaintiff's requests for discovery from Defendants are inappropriate at
5 this juncture, and his request for a court order compelling the written depositions of two prison staff
6 members is premature. Accordingly, the Court **DENIES** Plaintiff's Request for Leave of Court to
7 Depose Two Staff Witnesses [Doc. No. 103].

**IT IS SO ORDERED**.

DATED: October 31, 2006

Hon. Nita L. Stormes
U.S. Magistrate Judge