UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JOE DANIELS,<br><br>        Plaintiff,<br><br>v.<br><br>KUZIL RUAN, *et al.*,<br><br>        Defendants. | Civil No. 05-CV-922-L(NLS)<br><br>**ORDER ADOPTING THE REPORT AND RECOMMENDATION; GRANTING DEFENDANTS' MOTION TO DISMISS; AND GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT AS TO CERTAIN CLAIMS** |

On April 29, 2005, Bobby Joe Daniels ("plaintiff"), a state prisoner proceeding *pro se*, filed this action alleging violation of his constitutional rights under 42 U.S.C. § 1983. After the Court granted defendants' motion for judgment on the pleadings [doc. #69], plaintiff filed an Amended Complaint on September 13, 2006 [doc. #87] that is the subject of the current motion to dismiss [doc. #92]. United States Magistrate Judge Nita L. Stormes issued a Report and Recommendation ("Report") on November 6, 2006, which recommended granting defendants' motion to dismiss and granting leave to amend as to plaintiff's first amendment retaliation claim and his eighth amendment failure to protect claim only.

The parties were advised that objections to the Report and Recommendation were due by December 4, 2006. To date, neither party has submitted objections to the Report.

The district court's role in reviewing a Magistrate Judge's report and recommendation is set forth in 28 U.S.C. § 636(b)(1). Under this statute, the district court "shall make a *de novo*

1  determination of those portions of the report . . . to which objection is made," and "may accept,
2  reject, or modify, in whole or in part, the findings or recommendations made by the magistrate
3  judge." *Id*.  Under this statute, "the district judge must review the magistrate judge's findings
4  and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-*
5  *Tapia*, 328 F.3d 1114, 1121 (9th Cir.) (en banc), *cert. denied*, 124 S.Ct. 238 (2003).

6        Having carefully reviewed the Report, the motion papers, and the file in this case, the
7  Court finds that the magistrate judge has submitted a thorough and well-reasoned analysis of
8  plaintiff's claims and the law as it is applied to a motion to dismiss.  Because there have been no
9  objections raised, and the Court finds the recommendations of the magistrate judge well taken,
10 **IT IS ORDERED** adopting the November 6, 2006 Report and Recommendation in its entirety
11 [doc. #106].  **IT IS FURTHER ORDERED** granting defendants' motion to dismiss [doc. #92].
12 **IT IS FURTHER ORDERED** granting plaintiff leave to filed a Second Amended Complaint
13 with respect to his first amendment retaliation claim and his eighth amendment failure to protect
14 claim only.  All other claims that plaintiff has alleged in his First Amended Complaint are
15 dismissed with prejudice**.  IT IS FURTHER ORDERED** that plaintiff shall have thirty days
16 from the date this Order is filed in which to file a Second Amended Complaint in conformity
17 with the Report and Recommendation and this Order.  **IT IS FURTHER ORDERED** directing
18 plaintiff to comply with Federal Rule of Civil Procedure 8 if he intends to file a Second
19 Amended Complaint.

20       **IT IS SO ORDERED.**
21 DATED:  December 12, 2006

22
23                     M. James Lorenz
                    United States District Court Judge

24
25 COPY TO:

26 HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

27
28 ALL PARTIES/COUNSEL