# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JOE DANIELS,<br><br>         Plaintiff,<br><br>v.<br><br>KUZIL RUAN, *et al.*,<br><br>         Defendants. | Civil No. 05-CV-922-L(NLS)<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR RECONSIDERATION [doc. #137]** |

Bobby Joe Daniels ("plaintiff") filed a motion for reconsideration contending that he did not receive a copy of defendants' objections to the Report and Recommendation that is pending before this Court. Having reviewed the entire file, the Court finds that defendants have not filed an objection to the Report and Recommendation. Instead, only plaintiff filed objections. (*See* Docket No. 135.) Accordingly, plaintiff's motion for reconsideration is **denied** without prejudice. The Court will enter a separate order with respect to the Report and Recommendation. The Clerk of the Court is directed to mail a docket report for this case to plaintiff.

**IT IS SO ORDERED.**

DATED: August 4, 2008

M. James Lorenz
United States District Court Judge

05cv922

1  COPY TO:

2  HON. NITA L. STORMES
3  UNITED STATES MAGISTRATE JUDGE

4  ALL PARTIES/COUNSEL